# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 20, 2026

Lyle W. Cayce
Clerk

No. 25-40446
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Jerry Wayne Akins, II,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:24-CR-4-1

_____

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Jerry Wayne Akins, II has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Akins has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Akins's claims of

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40446

ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Akins's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.